No. 75. MANDEVILLE ISLAND FARMS, INC. ET AL. *v.* AMERICAN CRYSTAL SUGAR Co., *ante,* p. 219. Rehearing denied.

No. 638. MELLON *v.* UNITED STATES, 333 U. S. 873. Rehearing denied.

No. 663. UNITED STATES *v.* COLD METAL PROCESS Co. ET AL., *ante,* p. 811. Rehearing denied.

No. 671. CARGILL, INC. *v.* BOARD OF TRADE OF THE CITY OF CHICAGO ET AL., 333 U. S. 880. Rehearing denied.

No. 685. BELZ *v.* BOARD OF TRADE OF THE CITY OF CHICAGO ET AL., 333 U. S. 881. Rehearing denied.

No. 741. FINLEY ET AL. *v.* CITY OF TARRANT ET AL., *ante,* p. 810. Rehearing denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application.

No. 162, Misc. PATTON *v.* BALDWIN LOCOMOTIVE WORKS, 332 U. S. 825. Motion for leave to file petition for rehearing denied.

JUNE 7, 1948.

No. 776. JUNGERSEN *v.* BADEN ET AL.;

No. 467. JUNGERSEN *v.* OSTBY & BARTON CO. ET AL.; and

No. 468. OSTBY & BARTON Co. ET AL. *v.* JUNGERSEN. In No. 776 the petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. In Nos. 467 and 468 the motions for leave to file petitions for rehearing are granted and the petitions for rehearing